COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      In re Melissa A. Pulsipher

Appellate case numbers:  01-15-00171-CV
                        01-15-00172-CV

Trial court case numbers:  13CP0049
                        15CP0007

Trial court:               306th District Court of Galveston County

The original petition for writ of mandamus filed on February 24, 2015, now assigned the above appellate cause numbers, identifies by name children who are the subject of parental rights termination cases. Pursuant to Texas Rule of Civil Procedure 9.8, we **STRIKE** the petition and order it refiled within 10 days of the date of this order with appropriate redactions and use of an alias to protect the identity of the minors. *See* TEX. R. APP. P. 9.8. **No other changes** are to be made to the petition.

The Court **REQUESTS** responses to the petition from The Texas Department of Family and Protective Services, the ad litem attorney for the children, and the attorneys for each of the fathers. The responses, if any, are due by March 16, 2015. All responses are to be compliant with Texas Rule of Appellate Procedure 9.8. Our order for relator to refile the petition does not affect the deadline for a response.

It is so ORDERED.

Judge's signature: /s/ Harvey Brown
                    ☑ Acting individually    ☐ Acting for the Court

Date: February 25, 2015